# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHIPLEY M. ATKINSON, II,** )<br>**(AIS # 00323119),** )<br> )<br>  Plaintiff, )<br> )<br>vs. )<br> )<br>**UNITED STATES DISTRICT** )<br>**COURT,** )<br> )<br>  Respondent. ) | <br><br><br><br><br>CIVIL ACTION NO. 20-0545-CG-B |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED without prejudice**.  The Court further finds that Atkinson is not entitled to a certificate of appealability and, consequently, is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 5th day of January, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE